

**SO ORDERED.**

**SIGNED this 25 day of October, 2010.**

_____
**MARGARET CANGILOS-RUIZ
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
Northern District of New York
Syracuse Division

In Re:  Kelly M. Harrison,                                          Case No. 10-31982
                                                                              Chapter 7

         Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN
OF HSBC BANK NEVADA NA**

Application having been made to this Court by **Kelly M. Harrison**, Debtor herein, by

Notice of Motion, dated **September 9, 2010**, for an Order Avoiding Judicial Lien of **HSBC**

**Bank Nevada NA** and proof of service having been filed; and

Upon reading and filing the Debtor's Motion to Avoid Judicial Lien, dated **September 9,**

**2010**, and no written objection having been received in opposition to said Motion, thus obviating

the need for a hearing, it is

**ORDERED**, that the Debtor's Motion to Avoid the Judicial Lien of **HSBC Bank**

**Nevada NA** is granted; and it is further

**ORDERED**, that the judicial lien entered of the record at: Transcript recorded in Onondaga County, New York, on **June 3, 2010**, Index No. **2010-1588;** in favor of **HSBC Bank Nevada NA** in the sum of **$3,229.25**, against the Debtor's real property, that was claimed and allowed as exempt, is hereby avoided pursuant to Section 522(f)(1) of the Bankruptcy Code; and it is further

**ORDERED**, that upon tender of the appropriate fee to the office of the Onondaga County Clerk, together with a certified copy of this Order, the Onondaga County Clerk shall file a copy of this Order in the appropriate registry and shall mark its records accordingly.

###